ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Officer Kenshin Rose*
*Officer Zoe Pappas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| DEYANNIA SHIPP,<br><br>    Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER K. ROSE, OFFICER Z. PAPPAS, DOLLAR TREE, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:24-cv-02062-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety-one (91) days, up to and including Monday, October 27, 2025. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

    1.    On November 4, 2024, Plaintiff filed his Complaint in the United States District Court, Nevada. (ECF No. 1).

156240460.1

2. On January 27, 2025, Defendants Las Vegas Metropolitan Police Department and Officers Z. Pappas, and K. Rose ("Metro Defendants") filed their Answer to Plaintiff's Complaint. (ECF No. 15).

3. On January 27, 2025, Defendant Dollar Tree, Inc., ("Dollar Tree") filed its Answer to Plaintiff's Complaint. (ECF No. 18).

4. On March 13, 2025, the Court entered the Discovery Plan and Scheduling Order. (ECF No. 24).

5. On March 24, 2025, Metro Defendants served their Initial FRCP 26 Disclosures.

6. On May 2, 2025, Metro Defendants served their First Supplement to FRCP 26 Disclosures.

7. On March 12, 2025 Dollar Tree served their Initial FRCP 26 Disclosures.

8. On May 1, 2025, Plaintiff served her Initial FRCP 26 Disclosures.

## DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiff.

2. Plaintiff will take the deposition of Defendants.

3. Defendants will collect any and all relevant medical and/or mental health records and/or billing related to the allegations contained in Plaintiff's Complaint.

4. Defendants may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.

5. Defendants may depose Plaintiff's expert witnesses.

6. The parties may depose any and all other witnesses identified through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This Request for an extension of time is not sought to delay the proceedings or for any improper purpose.

Counsel for Metro Defendants Counsel for Defendants was in the process of preparing for Trial in the matter entitled, *Calderon v. USAAS* Case No. 2:20-cv-1049-CDS-EJY, which was recently reset. Counsel for CNLV Defendants is and was also preparing for 3 mediations and/or

156240460.1                2

1  settlement conferences in the matters entitled Alverez-Rodriguez v. Las Vegas Metropolitan Police Department, Case No. 2:24-cv-00230-JAD-NJK, Bowman v. Las Vegas Metropolitan Police Department, Case No. 2:22-cv-01481-ART-NJK, and Tayvion Posey v. Las Vegas Metropolitan Police Department, Case No. 2:23-cv-01936-GMN-MDC.

In addition, Counsel for Dollar Tree has been preparing for 2 Arbitration Hearings in Smith v Lowe's JAMS No: 5260000688 and Green v Dollar Tree, A-24 – 894667-C, Additionally, Counsel was involved in a settlement conference for State v Perez C-24-385245-3.

Counsel for Plaintiff has also been preparing for two upcoming trials (*Maura Medina v. Bar Bakers, LLC, et al.*, Orange County Superior Court, Case No. 30-2020-01152775-CU-WT-CJC set to begin May 23, 2025; *Michael Adams v. Shlomo Mieri, et al.*, Los Angeles Superior Court, Case No. 20STCV31625 set to begin June 2, 2025). Plaintiff's counsel is also currently preparing to submit a Ninth Circuit appellate brief in *Ronnie Parham v. City of West Covina, et al.*, Case No. 24-5202, which is due on May 16, 2025.

The parties require additional time to complete case depositions. For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the first request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Monday, July 28, 2025* | *Monday, October 27, 2025* |
| Deadline to Amend Pleadings or Add Parties | *Tuesday, April 29, 2025* | *Tuesday, July 29, 2025* |

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Thursday, May 29, 2025* | *Thursday, August 28, 2025* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, June 30, 2025* | *Monday, September 29, 2025* |
| Dispositive Motions | *Wednesday, August 27, 2025* | *Wednesday, November 26, 2025* |
| Joint Pretrial Order | *Friday, September 26, 2025* | *Friday, December 26, 2025*<br><br>*If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

WHEREFORE, the parties respectfully request this Court extend the discovery period by ninety-one (91) days from the current deadline of July 28, 2025, up to and including October 27, 2025, and extend the other dates as outlined in accordance with the table above.

IT IS SO STIPULATED.

DATED the 2nd day of May, 2025.

**PLC LAW GROUP, APC**

*/s/ Laureen K. McRae*
PETER L. CARR, IV (Pro Hac Vice)
CA Bar No. 256104
Pcarr@thePLClawgroup.com
NA'SHAUN L. NEAL
(Pro Hac Vice to be Filed)
CA Bar No. 284280
Nneal@thePLClawgroup.com
LAUREN K. MCRAE (Pro Hac Vice)
CA Bar No. 331296
(Pro Hac Vice Application To Be Filed)
3756 Santa Rosalia Dr., Suite 326
Los Angeles, Ca 90008
*Attorneys for Plaintiff*

**THE SCHNITZER LAW FIRM**

JORDAN P. SCHNITZER
Nevada Bar No. 10744
710 South 9th Street, Suite 2

DATED the 2nd day of May, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No.: 3062
E. MATTHEW FREEMAN
Nevada Bar No.: 14198
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Metro Defendants*

| | |
|---|---|
| Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | DATED the 2nd day of May, 2025.<br><br>**HARVEY GRUBER HALL & EVANS, LLC**<br><br>*/s/ Harvey Gruber*<br>KURT R. BONDS<br>Nevada Bar No. 6228<br>HARVEY GRUBER<br>Nevada Bar No. 6329<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Dollar Tree, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE