ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Officer Kenshin Rose*
*Officer Zoe Pappas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEYANNIA SHIPP, | CASE NO. 2:24-cv-02062-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER K. ROSE, OFFICER Z. PAPPAS, DOLLAR TREE, INC., and DOES 1 through 10, inclusive, | **[SECOND REQUEST]** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety-one (91) days, up to and including Monday, January 26, 2026. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1. On November 4, 2024, Plaintiff filed his Complaint in the United States District Court, Nevada. (ECF No. 1).

161009082.1

2. On January 27, 2025, Defendants Las Vegas Metropolitan Police Department and Officers Z. Pappas, and K. Rose ("Metro Defendants") filed their Answer to Plaintiff's Complaint. (ECF No. 15).

3. On January 27, 2025, Defendant Dollar Tree, Inc., ("Dollar Tree") filed its Answer to Plaintiff's Complaint. (ECF No. 18).

4. On March 13, 2025, the Court entered the Discovery Plan and Scheduling Order. (ECF No. 24).

5. On March 24, 2025, Metro Defendants served their Initial FRCP 26 Disclosures.

6. On May 2, 2025, Metro Defendants served their First Supplement to FRCP 26 Disclosures.

7. On March 12, 2025 Dollar Tree served their Initial and First Supplemental FRCP 26 Disclosures.

8. On May 1, 2025, Plaintiff served her Initial FRCP 26 Disclosures.

9. On May 14, 2025, Plaintiff served written discovery on Defendants. LVMPD Defendants served their responses on June 12, 2025.

10. On May 19, 2025 LVMPD Defendants served written discovery on Plaintiff. Plaintiff served her responses on June 27, 2025.

11. On July 1, 2025, Plaintiff served her Second Supplemental FRCP 26 Disclosures.

DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiff.

2. Plaintiff will take the deposition of Defendants.

3. Defendants will collect any and all relevant medical and/or mental health records and/or billing related to the allegations contained in Plaintiff's Complaint.

4. Defendants may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.

5. Defendants may depose Plaintiff's expert witnesses.

6. The parties may depose any and all other witnesses identified through discovery.

…

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This Request for an extension of time is not sought to delay the proceedings or for any improper purpose.

Counsel for Metro Defendants is in the process of preparing for Mediation in the matters entitled, *Veladores v. Las Vegas Metropolitan Police Department* Case No. 2:17-cv-00062-RFB-MDC and *Hollingsworth v. City of North Las Vegas*, Case No. 2:21-cv-02230-CDS-NJK. Counsel for Metro Defendants is also preparing for settlement conference in Maas v. City of North Las Vegas, et al, Case No. 2:22-cv-00568-GMN-DJA.

In addition, the parties are engaged in a discovery dispute regarding the medical authorizations requested from Plaintiff. The associated meet and confer conference is scheduled for July 30, 2025. As a result, the parties have been unable to obtain Plaintiff's medical records necessary for evaluating Plaintiff's claims.

Counsel for Plaintiff was in trial a two-week trial in the Los Angeles County Superior Court in the matter of *Adams v. Meiri*, Case No. 20STCV316325 during the month of June 2025. Additionally, counsel was prepared Answering Brief in the matter of *Parham v. City of West Covina*, Case 24-5250 before U.S. Courts of Appeals for the Ninth Circuit on or about June 16, 2025. Furthermore, Plaintiff has been diligent in obtaining medical records to provide to defendants however, the treating doctors have not provided the documents in a timely fashion. Further, counsel for Plaintiff has been pre-planned vacations and 3-day continuing legal education conference during the months of July and August 2025.

Counsel for Dollar Tree is in the process of preparing for mediation in *Davison v Family Dollar LLC* A-24-903463-C and is awaiting a decision on the Motion for Summary Judgement filed in this matter on May 14, 2025. Additionally, Counsel for Dollar Tree will be out of the jurisdiction from September 22, 2025 through October 12, 2025.

The parties require additional time to complete case depositions. For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Discovery Cut-off | *Monday, October 27, 2025* | *Monday, January 26, 2026* |
| Deadline to Amend Pleadings or Add Parties | *Tuesday, July 29, 2025* | *Tuesday, October 28, 2025* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Thursday, August 28, 2025* | *Thursday, November 27, 2025* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, September 29, 2025* | *Monday, December 29, 2025* |
| Dispositive Motions | *Wednesday, November 26, 2025* | *Wednesday, February 25, 2026* |
| Joint Pretrial Order | *Friday, December 26, 2025* | *Friday, March 27, 2026*<br><br>*If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

WHEREFORE, the parties respectfully request this Court extend the discovery period by ninety-one (91) days from the current deadline of October 27, 2025,

…

…

…

161009082.1        4

up to and including January 26, 2026, and extend the other dates as outlined in accordance with the table above.

IT IS SO STIPULATED.

DATED the 1st day of August, 2025.

**PLC LAW GROUP, APC**

*/s/ Peter L. Carr*
PETER L. CARR, IV (Pro Hac Vice)
CA Bar No. 256104
Pcarr@thePLClawgroup.com
NA'SHAUN L. NEAL
(Pro Hac Vice to be Filed)
CA Bar No. 284280
Nneal@thePLClawgroup.com
LAUREN K. MCRAE (Pro Hac Vice)
CA Bar No. 331296
(Pro Hac Vice Application To Be Filed)
3756 Santa Rosalia Dr., Suite 326
Los Angeles, Ca 90008
*Attorneys for Plaintiff*

**THE SCHNITZER LAW FIRM**

JORDAN P. SCHNITZER
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED the 1st day of August, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ E. Matthew Freeman*
ROBERT W. FREEMAN
Nevada Bar No.: 3062
E. MATTHEW FREEMAN
Nevada Bar No.: 14198
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Metro Defendants*

DATED the 1st day of August, 2025.

**HALL & EVANS, LLC**

*/s/ Harvey Gruber*
KURT R. BONDS
Nevada Bar No. 6228
HARVEY GRUBER
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
*Attorneys for Dollar Tree, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated this 4th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE