**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
gruberh@hallevans.com
*Attorneys for Dollar Tree, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEYANNIA SHIPP,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER K. ROSE, OFFICER Z. PAPPAS, DOLLAR TREE, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-02062-GMN-EJY<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT REMOVING DOLLAR TREE INC. AND ENTERING FAMILY DOLLAR, LLC** |

Defendant FAMILY DOLLAR INC., incorrectly named DOLLAR TREE INC. ("Defendant" or "Family Dollar") by and through its attorneys of record, the law firm of HALL & EVANS, LLP, Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER K. ROSE, OFFICER Z. PAPPAS by and through their attorneys of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP and Plaintiff, DEYANNIA SHIPP by and through her attorneys of record, the PLC LAW GROUP, APC hereby stipulate and agree that the previously filed Complaint be amended to reflect the correct Defendant. DOLLAR

1

KB/20077-12*

TREE INC. no longer owns or controls the Family Dollar Stores and the correct Defendant is Family Dollar, LLC, a North Carolina limited liability company.

Please remove Dollar Tree Inc and in its stead the caption should read Family Dollar, LLC, a North Carolina limited liability company.

IT IS SO STIPULATED.

| DATED the 28th day of October, 2025. | DATED the 28th day of October, 2025 |
|---|---|
| **PLC LAW GROUP, APC** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| /s/ Na'Shaun L. Neal<br>PETER L. CARR, IV (Pro Hac Vice)<br>CA Bar No. 256104<br>Pcarr@thePLClawgroup.com<br>NA'SHAUN L. NEAL<br>(Pro Hac Vice to be Filed)<br>CA Bar No. 284280<br>Nneal@thePLClawgroup.com<br>LAUREN K. MCRAE (Pro Hac Vice)<br>CA Bar No. 331296<br>3756 Santa Rosalia Dr., Suite 326<br>Los Angeles, Ca 90008<br>*Attorneys for Plaintiff* | /s/ E. Matthew Freeman<br>ROBERT W. FREEMAN<br>Nevada Bar No.: 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No.: 14198<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Matt.Freeman@lewisbrisbois.com<br>Robert.Freeman@lewisbrisbois.com<br>*Attorneys for Metro Defendants* |

DATED the 28th day of October, 2025.

**HALL & EVANS, LLC**

/s/ Harvey Gruber
KURT R. BONDS
Nevada Bar No. 6228
HARVEY GRUBER
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
Bondsk@hallevans.com
Gruberh@hallevans.com
nvefile@hallevans.com
*Attorneys for Dollar Tree, Inc.*

## ORDER

The Court hereby Orders that the caption be amended to remove Dollar Tree Inc., and be replaced by Family Dollar, LLC, a North Carolina limited liability company.

**IT IS SO ORDERED.**

DATED this 28th day of October, 2025.

_____
United States Magistrate Judge

KB/20077-12*