Christopher J. Lalli (5398)
Piers R. Tueller (14633)
**HUTCHISON & STEFFEN, PLLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
clalli@hutchlegal.com
ptueller@hutchlegal.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Officer Kenshin Rose*
*Officer Zoe Pappas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEYANNIA SHIPP, | Case No.    2:24-cv-02062-GMN-EJY |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER K. ROSE, OFFICER Z. PAPPAS, FAMILY DOLLAR, LLC, a North Carolina limited liability company, and DOES 1 through 10, inclusive | |
| Defendants. | |

Defendants Las Vegas Metropolitan Police Department, Officer Kenshin Rose, and Officer Zoe Pappas (collectively "Defendants") substitute the law firm of Hutchison & Steffen, PLLC as their attorneys of records in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Dated this 29th day of June, 2026.

By:    */s/Matthew Christian*
         Assistant General Counsel
         On behalf of Defendants

The law firm of Lewis Brisbois Bisgaard & Smith LLP agrees and consents to the substitution of the law firm of Hutchison & Steffen, PLLC as the attorneys of record for Defendants.

Dated this 29th day of June, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Robert W. Freeman*
Robert W. Freeman (3062)
E. Matthew Freeman (14198)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV  89118

The law firm of Hutchison & Steffen, PLLC accepts substitution as attorneys for Defendants in this matter.

Dated this 29th day of June, 2026.

**HUTCHISON & STEFFEN, PLLC**

*/s/Christopher J. Lalli*
Christopher J. Lalli (5398)
Piers R. Tueller (14633)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Officer Kenshin Rose*
*Officer Zoe Pappas*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

DATED: _____ June 30, 2026 _____